**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v

CHRISTOPHER COLLINS,

Defendant,

and

BRUNEX CORPORATION,

Garnishee.

______________________________________/

Case No.: 2:26-mc-51338
Hon. Denise Page Hood

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

The United States of America, Plaintiff, makes application in accordance with 18 U.S.C. § 3613(a) and 28 U.S.C. §§ 3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant, Christopher Collins, Social Security No. ***-**-7837, whose last known address is: REDACTED, Fairview Heights, IL 62208, in *United States v. Collins*, Case No.: 10CR20014 02 in the amount of $6,967,600.00, plus post judgment interest at the rate of 0.22%. The sum of $261,313.48 has been credited to the judgment debt, leaving a total balance due of $6,706,411.52 (without the accrual of post-judgment interest) as

of October 30, 2026.[1] Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from October 30, 2026, and debtor has failed to satisfy the debt.

The Garnishee, its affiliates, successors, or assigns, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

Brunex Corporation
c/o Bruno Brajovic
500 74th St, Apt 105
Downers Grove, IL 60516

After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the debtor and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ. The United States will serve the debtor by regular mail to his last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F), 3572(d)(3), and 3664(k).

---

[1] Defendant has been given credit for payments received from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h) if applicable.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

/s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9643
E-mail: Jessica.Nathan@usdoj.gov
Bar No.: (TX 24090291)

Date: October 30, 2026